UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST EDWARDS,

Petitioner,

CASE NO. 2:06-CV-13066
v.                                        HONORABLE PAUL D. BORMAN

ROBERT HOLMES BELL,

Respondent.
_____/

## ORDER DENYING RECUSAL MOTION

This matter is before the Court on Petitioner Ernest Edwards' recusal motion. The Court,

however, has already dismissed this action and denied a certificate of appealability and leave to

proceed *in forma pauperis* on appeal. His recusal request is therefore untimely and moot.

Furthermore, Petitioner has not set forth any facts or circumstances to establish that recusal is

warranted. Accordingly;

**IT IS ORDERED** that Petitioner's recusal motion is **DENIED**. This case is closed. No

further pleadings should be submitted in this matter.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED: ___12-26-06___